# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| MANN REALTY ASSOCIATES, INC., | : No. 596 MAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| LOWER SWATARA TOWNSHIP, | : |
| MARTIN L. GRASS AND MARK G. | : |
| CALDWELL, T/A DOUBLE M. | : |
| DEVELOPMENT, A PARTNERSHIP, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.